FILED
07 JAN 18 PM 12:59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR06-00579-01 WHA |
| vs. ) | |
| ) | CR01-0333 WHA |
| LUIS GUILLERMO ) | |
| OSTOLAZA-AYALA ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _January 30, 2007,_ be continued until _March 20, 2007,_ at _2:00 p.m._ .

Date: 1-18-07

William H. Alsup
United States District Court

NDC-PSR-009 12/06/04

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

OSTOLAZA-AYALA et al,

        Defendant.
    _____/

Case Number: CR06-00579 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lynne Richards
US Probation Officer

Christopher C. Hall
Attorney at Law
333-B West Portal Avenue
San Francisco, CA 94127

Frank A. D'Alfonsi
Attorney at Law
333 W. Portal Ave. Ste B
San Francisco, CA 94127

Susan Frances Knight
U.S. Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Vineet Gauri
U.S. Attorney's Office
1301 Clay Street
Suite 340S
Oakland, CA 94612

Dated: January 18, 2007

                                          Richard W. Wieking, Clerk
                                          By: D. Toland, Deputy Clerk